■ JUANA MALAVE, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.— Judgment entered June 14, 1962 in the sum of $3,986 in a personal injury action, unanimously modified, on the law and on the facts, to the extent of increasing said sum to $7,686, and, as so modified, affirmed, without costs. In our judgment, considering the nature and extent of the injuries suffered by plaintiff, the award of the trial court was inadequate. Under the provisions of subdivision 2 of section 584 of the Civil Practice Act, we, should, on the appeal from a judgment rendered by the court without a jury, unless we affirm, grant the judgment which the court below ought to have granted. (*Bruno* v. *Kosnac*, 13 A D 2d 650.) Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY PIERCE, Appellant.— Judgment rendered October 9, 1961, convicting defendant of assault in the second degree with intent to commit the crime of rape and two counts of placing a child in such a situation as likely to impair her morals, unanimously modified, on the law, by vacating the conviction under count 2 (placing a child in such a situation as likely to impair her morals), and, as so modified, affirmed. The jury disagreed as to count 3 (exposure of person) which is alleged to have occurred at the same time and same place as the incident referred to in count 2. We hold defendant's guilt on count 2 was not established beyond a reasonable doubt. Defendant was sentenced on the felony count as a second felony offender and sentence was suspended on each of the two misdemeanor counts. On this record we do not find the sentence imposed to be excessive. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NOEL TURSI, Appellant.— Judgments of a Court of Special Sessions of the City of New York, New York County, held by a City Magistrate of the City of New York, rendered on June 27, 1962, convicting defendant on his plea of guilty of violating the New York City Health Code, unanimously reversed, on consent, as evidenced by letter of the Corporation Counsel dated May 13, 1963, and the causes remanded for further proceedings. (See *People* v. *Mallay*, 14 A D 2d 761.) Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.